1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

)
)
)
)
                        Plaintiff,    )   CASE NO. _____
)
   vs.                             )   **APPLICATION TO PROCEED**
)   **IN FORMA PAUPERIS**
)
)
                      Defendant.  )
_____)

      I, _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct.  I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security.  I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

      In support of this application, I provide the following information:

1.    Are you presently employed?                Yes \_\_\_\_  No \_\_\_\_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

and wages per month which you received.

Aero Drywall, Santa Clara, California, gross salary $15,000 per mo, net salary $9,000 per mo

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment? Yes ___ No ✔

b. Income from stocks, bonds, or royalties? Yes ___ No ✔

c. Rent payments? Yes ___ No ✔

d. Pensions, annuities, or life insurance payments? Yes ___ No ✔

e. Federal or State welfare payments, Social Security or other government source? Yes ✔ No ___

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

General Assistance is $300 per month and $130 in food stamps

3. Are you married? Yes ___ No ✔

Spouse's Full Name: ___

Spouse's Place of Employment: ___

Spouse's Monthly Salary, Wages or Income:

Gross $___ Net $___

4. a. List amount you contribute to your spouse's support:$ ___

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor

1   children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2   _____

3   _____

4   5.   Do you own or are you buying a home?        Yes ____ No ____

5   Estimated Market Value: $_____ Amount of Mortgage: $_____

6   6.   Do you own an automobile?           Yes ____ No ____

7   Make _____ Year _____ Model _____

8   Is it financed? Yes _____ No _____ If so, Total due: $ _____

9   Monthly Payment: $ _____

10  7.   Do you have a bank account?  Yes ____ No ____ (Do not include account numbers.)

11  Name(s) and address(es) of bank: _____

12  _____

13  Present balance(s):  $ _____

14  Do you own any cash?  Yes ____ No ____ Amount: $ _____

15  Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

16  market value.)                              Yes ____ No ____

17  _____

18  8.   What are your monthly expenses?

19  Rent: $ _____ Utilities: _____

20  Food: $ _____ Clothing: _____

21  Charge Accounts:

22  <u>Name of Account</u>         <u>Monthly Payment</u>         <u>Total Owed on This Account</u>

23  _____   $ _____   $ _____

24  _____   $ _____   $ _____

25  _____   $ _____   $ _____

26  9.   Do you have any other debts? (List current obligations, indicating amounts and to whom

27  they are payable.  Do not include account numbers.)

28  _____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes \_\_\_  No \_\_\_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

| DATE | SIGNATURE OF APPLICANT |