IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES R. FRASER,

    Plaintiff,

v.

MICHAEL J. ASTRUE,

    Defendant

                                 /

No. C-08-1760 MMC

**ORDER DIRECTING PARTIES TO INFORM COURT WHETHER THEY CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES**

    In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. See Civil L.R. 73-1(b).

    Accordingly, the parties are hereby DIRECTED to advise the Court, no later than April 30, 2008, as to whether they consent to have a magistrate judge conduct all further proceedings in the instant action.[1] For the parties' convenience, a consent form is attached hereto; forms are also available at http://www.cand.uscourts.gov, in the "Forms" section. The parties are further advised that they may request therein assignment to a specific magistrate judge.

    **IT IS SO ORDERED.**

Dated: April 21, 2008

                                          MAXINE M. CHESNEY
                                          United States District Judge

---

[1] Normally, the Court would direct the parties to so inform the Court in their Joint Case Management Statement filed in connection with a case management conference. Because the instant action involves a review of an administrative record, however, a case management conference has not been scheduled.

1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                         NORTHERN DISTRICT OF CALIFORNIA
8
9                                                      No. C
10            Plaintiff(s),                            **CONSENT TO PROCEED BEFORE A**
                                                       **UNITED STATES MAGISTRATE JUDGE**
11      v.
12
13            Defendant(s).
                                          /
14
15          CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
16          In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
17   hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
18   proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the
19   judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
20
21   Dated: _____         _____
                                            Signature
22
                                            Counsel for _____
23                                          (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28