IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. FRASER, | No. C-08-1760 MMC |
| Plaintiff, | **ORDER DIRECTING PARTIES TO COMPLY WITH COURT'S ORDER OF APRIL 21, 2008** |
| v. | |
| MICHAEL J. ASTRUE, | |
| Defendant / | |

On April 21, 2008, the Court directed the parties to the above-titled action to inform the Court, no later than April 30, 2008, whether they consent to have a magistrate judge conduct all further proceedings in the instant action. To date, neither party has filed a response to the Court's April 21, 2008 order.

Accordingly, the Court hereby directs each of said parties to comply with the Court's order of April 21, 2008. Specifically, each of the parties is ORDERED to inform the Court, no later than June 6, 2008, whether he consents to have a magistrate judge conduct all further proceedings in the instant action.

**IT IS SO ORDERED.**

Dated: May 27, 2008

MAXINE M. CHESNEY
United States District Judge

1
2
3
4
5
6           UNITED STATES DISTRICT COURT
7           NORTHERN DISTRICT OF CALIFORNIA
8
9                                              No. C
10          Plaintiff(s),              **CONSENT TO PROCEED BEFORE A
                                        UNITED STATES MAGISTRATE JUDGE**
11     v.
12
13          Defendant(s).
                                     /
14
15     CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
16     In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
17 hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
18 proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the
19 judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
20
21 Dated: _____          _____
                                            Signature
22
                                            Counsel for _____
23                                          (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28