BETTY HERRERA (242189)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JAMES R. FRASER | ) | Civil No. 08-01760-MMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (30) days up through and including Monday, September 15, 2008 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently needs to brief for this court (6) in and around this time period.

1

STIPULATION AND ORDER

1
2
3                                                JOSEPH P. RUSSONIELLO
                                                 United States Attorney
4
5
   Dated: August 13, 2008              /s/_____
6                                      THEOPHOUS H. REAGANS
                                       Special Assistant U.S. Attorney
7
8
9
10
   Dated: August 13, 2008              /s/_____
11                                     BETTY HERRERA
                                       Attorney for Plaintiff
12                                     JAMES R. FRASER
13
14  IT IS SO ORDERED.
15
16
   Dated:   August 18, 2008            _____
17                                     HON. MAXINE M. CHESNEY
                                       United States District Judge
18
19
20
21
22
23
24
25
26
27
28

                                        2
   STIPULATION AND ORDER