1

BETTY HERRERA (242189)

2

**S A C K E T T**
**AND ASSOCIATES**

3

A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue

4

Post Office Box 5025
San Jose, California 95150-5025

5

Telephone: (408) 295-7755

6

Facsimile: (408) 295-7444

7

/as

8

Attorney for Plaintiff

9

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

SAN FRANCISCO DIVISION

13

JAMES R. FRASER,                              )   No.:  08-01760 MMC

14

                                              )
                 Plaintiff,                   )

15

                                              )

16

                                              )   STIPULATION AND ORDER FOR
v.                                            )   DISMISSAL

17

                                              )

18

                                              )
MICHAEL J. ASTRUE                             )

19

Commissioner, Social Security                 )
Administration,                               )

20

                                              )
                 Defendant.                   )

21

_____)

22

23

        Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this

24

matter be dismissed in its entirety without prejudice.  Each party shall bear their own

25

attorney's fees and costs.

26

27

28

STIPULATION AND ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: September 15, 2008            /s/_____
                                     THEOPHOUS H. REAGANS
                                     Special Assistant U.S. Attorney

Dated:  September 15, 2008           /s/_____
                                     BETTY HERRERA
                                     Attorney for Plaintiff
                                     JAMES R. FRASER

IT IS SO ORDERED.

Dated: _September 16, 2008_          _____
                                     HON. MAXINE M. CHESNEY
                                     United States District Judge

2

STIPULATION AND ORDER